# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————

No. 16-40005
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 21, 2016

Lyle W. Cayce
Clerk

———————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOEL GOMEZ-ALCARAZ,

Defendant-Appellant

———————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:15-CR-628-1

———————————

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Joel Gomez-Alcaraz has moved for
leave to withdraw and has filed a brief in accordance with *Anders v. California*,
386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).
Gomez-Alcaraz raised several issues in his pro se notice of appeal. The record
is not sufficiently developed to allow us to make a fair evaluation of Gomez-
Alcaraz's claims of ineffective assistance of counsel; we therefore decline to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 16-40005

consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as the issues raised by Gomez-Alcaraz. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.